UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.                                  Case No: 8:14-cv-1141-T-30AEP

THOMAS E. BINDON, MARY E.
BINDON and ROBERT EDWARD
TUCK, JR.,

    Defendants.

---

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal With Prejudice (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October, 2014.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record